

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00108-CR

**EX PARTE** Andres **PENA**, Relator(s)

Original Proceeding[1]

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Lori I. Valenzuela, Justice
    Velia J. Meza, Justice

Delivered and Filed: March 26, 2025

PETITION FOR WRIT OF HABEAS CORPUS DISMISSED FOR LACK OF JURISDICTION

On February 19, 2025, relator filed a petition for writ of habeas corpus. The courts of appeals have no original habeas-corpus jurisdiction in criminal matters. *Dodson v. State*, 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.); *see* TEX. CONST. art. V, § 6 (providing that courts of appeals "shall have original or appellate jurisdiction, under such restrictions and regulations as may be prescribed by law"); TEX. GOV'T CODE § 22.221(d) (limiting original habeas corpus jurisdiction of courts of appeals to situations where relator's liberty is restrained by virtue of order, process, or commitment issued by court or judge in civil case). Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Court of Criminal Appeals, the district courts, the county courts, or a judge of those

---

[1]This proceeding arises out of Cause No. 2024CRB000010-L1, styled *The State of Texas v. Andres Pena*, pending in the County Court, Webb County, Texas, the Honorable Hugo Martinez presiding.

courts. *See* TEX. CODE CRIM. PROC. art. 11.05 (vesting "power to issue the writ of habeas corpus" in "[t]he Court of Criminal Appeals, the District Courts, the County Courts, or any Judge of said Courts").

Because we do not have jurisdiction over the issues presented by relator in his petition for writ of habeas corpus, we dismiss the petition.


PER CURIAM

DO NO PUBLISH